Richard D. Burbidge (#0492)
Jefferson W. Gross (#8339)
BURBIDGE & MITCHELL
215 South State, Suite 920
Salt Lake City, Utah 84111
Phone:   (801) 355-6677
Facsimile:   (801) 355-2341

*Plaintiffs' Liason Counsel*

Ira M. Press (admitted *pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue
New York, New York 10022
Telephone:   212-371-6600
Facsimile:   212-751-2540

*Plaintiffs' Lead Counsel*

ORIGINAL
U.S. DISTRICT COURT
2009 NOV 30 P 3: 31
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re iMergent Securities Litigation | Master File No. 2:05cv00204 DB |
| | CLASS ACTION |
| This Document relates to: All Actions | **NOTICE OF APPEAL** |

      Notice is hereby given that Lead Plaintiffs Jeffrey Bash, Tom Chen, Chris Davidson, and Michael Speakman and additional Plaintiffs Gregory Dronsejko, Pedro Garcia, Anthony Mielec, Perla Sierra, Claudio Borghesan, Jerald F. Hassler and Andy Beichert hereby appeal to the United States Court of Appeals for the Tenth Circuit from the order of this court dismissing

//

//

//

//

Plaintiffs' *Second Consolidated Amended Complaint for Violations of Securities Laws* entered in the above captioned proceeding on the 2nd day of November, 2009.

Dated: November 30, 2009

BURBIDGE & MITCHELL

By: _____

Richard D. Burbidge (#0492)
Jefferson W. Gross (#8339)
BURBIDGE & MITCHELL
215 South State, Suite 920
Salt Lake City, Utah 84111
Phone: (801) 355-6677
Facsimile: (801) 355-2341

*Plaintiffs' Liason Counsel*

Ira M. Press (admitted *pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue
New York, New York 10022
Telephone: 212-371-6600
Facsimile: 212-751-2540

*Plaintiffs' Lead Counsel*

Jonathan Gardner (admitted *pro hac vice*)
Serena Richardson (admitted *pro hac vice*)
LABATON SUCHARAOW LLP.
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Fascimile: 212-818-0477

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

On the date below written, the undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF APPEAL** was mailed with all first-class postage pre-paid to:

Erik A. Christiansen
Jared C. Fields
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, Utah 84145
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email: ecf@parsonsbehle.com

Christopher B. Sullivan, Esq.
HOWREY LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101-3636
Telephone: (801) 350-7827
Facsimile: (801) 531-1486
SullivanC@howrey.com

*Attorneys for Defendant Grant Thornton LLP*

Steven S. Kaufhold, Esq.
AKIN GUMP STRAUSS HAUER & FELD, LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9562
Facsimile: (415) 765-9501
skaufhold@AkinGump.com

*Attorneys for Settling Defendants iMergent Corp., Donald L. Danks and Robert Lewis*

DATED this the 30th day of November, 2009.

/s/ Lorna Marie Samuel

```
Court Name: District Court
Division: 1
Receipt Number: 4681034354
Cashier ID: julie
Transaction Date: 11/30/2009
Payer Name: Burbidge Mitchell Gross

NOTICE OF APPEAL/DOCKETING FEE
 For: Burbidge Mitchell Gross
 Amount:       $455.00

CHECK
 Check/Money Order Num: 4124
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

205cv204
```