BURBIDGE MITCHELL & GROSS
Richard D. Burbidge (rburbidge@bmgtrial.com) (UT Bar No. 00492)
Jefferson W. Gross (jwgross@bmgtrial.com) (UT Bar No. 08339)
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: 801-355-6677
Facsimile: 801-355-2341

*Local Counsel for Plaintiffs*

KIRBY McINERNEY LLP
Ira M. Press (ipress@kmllp.com) (admitted *pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212-371-6600
Facsimile: 212-751-2540

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE iMERGENT SECURITIES LITIGATION | Master File No.: 2:05-cv-0204 (DB)<br><br>**JOINT MOTION FOR AN ORDER ALLOWING FOR THE FINAL DISPOSITION OF UNCLAIMED SETTLEMENT FUNDS TO CHARITY** |

PLEASE TAKE NOTICE that counsel for Plaintiffs and Defendants hereby submit this joint motion for the entry of an order allowing for the final disposition of unclaimed settlement funds to charity.

In support of this motion, the parties shall rely on the attached Memorandum of Law in support thereof, the Declaration of Jason Zuena Concerning Remaining Balance of Settlement

Fund, filed concurrently herewith, and the Court's complete files and records in this action.

DATED: July 10, 2012

Respectfully submitted,

BURBIDGE MITCHELL & GROSS

By: Jefferson W. Gross
Richard D. Burbidge (UT Bar No. 00492)
Jefferson W. Gross (UT Bar No. 08339)
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

***Local Counsel for Plaintiffs***

KIRBY McINERNEY LLP
Ira M. Press (admitted *pro hac vice*)
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

***Lead Counsel for Plaintiffs***

KAUFHOLD GASKIN LLP
Steven Kaufhold
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 944-9402
Facsimile: (415) 874-1071

***Counsel for Defendants***